IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DORYAL PERRY**<br>    *Plaintiff*<br><br>    v.<br><br>**L&J TRANSPORTATION COMPANIES, INC.**<br>    *Defendant* | **Civil No. 24-1538** |

### ORDER

**AND NOW**, this 1st day of July, 2025, upon review of Plaintiff's Unopposed Motion for Approval of Settlement Agreement (ECF No. 30), it is hereby **ORDERED** that the motion is **DENIED**.[1] The parties may instead file a stipulation dismissing the collective action claims under Rule 41(a)(1)(A)(ii) by July 8, 2025. It is **FURTHER ORDERED** that the parties shall by July 8, 2025 either (1) file a joint status report regarding Plaintiff's class action claims or (2) file a stipulation dismissing Plaintiff's class action claims under Rule 41(a)(1)(A)(ii).[2]

---

[1] The Court agrees with Judge Ranjan's analysis in *Walker v. Marathon Petroleum Corporation* and concludes that it cannot approve the parties' collective action settlement agreement here. *See Walker v. Marathon Petroleum Corp.*, 684 F. Supp. 3d 408, 412–17 (W.D. Pa. 2023) (finding that the Fair Labor Standards Act does not require the Court to approve collective action settlements and that any order approving a settlement would be an impermissible advisory opinion).

[2] It is unclear from the motion whether the parties have also agreed to dismiss Plaintiff's putative class action claims. *See* ECF No. 30. If the parties have agreed to dismiss these claims, they may also file a stipulation dismissing them under Rule 41(a)(1)(A)(ii) because no class has been certified and because the parties have not proposed a class to be certified for settlement purposes at this time. *See* FED. R. CIV. P. 23(e) (providing procedures to approve settlement agreements involving "a certified class" or "a class proposed to be certified for purposes of settlement"); *Derrick v. Glen Mills Schs.*, Civil Action No. 19-1541, 2023 WL 2058683 at *2 (E.D. Pa. Feb. 17, 2023) (applying Rule 41(a)(2) to parties' request to dismiss putative class action because Rule 23(e) did not apply given that "no class ha[d] been certified or proposed to be certified for

                                                      **BY THE COURT:**

                                                      _/s/ Mary Kay Costello_
                                                      MARY KAY COSTELLO, J.

---

settlement purposes"). If the parties have not agreed to dismiss these claims, they shall instead file a joint status report.