# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DORYAL PERRY, individually and on behalf all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| L&J TRANSPORTATION COMPANIES, INC. | ) ) ) |
| Defendant. | ) |

Civil Action No. 2:24-cv-01538

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Doryal Perry, Opt-in Plaintiffs Robert D'Abbene and Robert Mcelyea, and Defendant L&J Transportation Companies, Inc., by their respective attorneys, hereby stipulate to the dismissal of all of Plaintiff's and Opt-in Plaintiffs' collective and putative class action claims against Defendants with prejudice, waiving all rights of appeal, with each party to bear its own costs and attorneys' fees.

Dated: July 2, 2025

**PLAINTIFF DORYAL PERRY**

By his attorneys,

/s/Olena Savytska

Harold L. Lichten (*pro hac vice*)

Sarah R. Schalman-Bergen

Olena Savytska (*pro hac vice*)

**LICHTEN & LISS-RIORDAN, P.C.**

729 Boylston Street, Suite 2000

Boston, MA 02116

Telephone: (617) 994-5800

hlichten@llrlaw.com

ssb@llrlaw.com

osavytska@llrlaw.com


Ravi Sattiraju (*pro hac vice*)

**SATTIRAJU & THARNEY, LLP**

50 Millstone Road

Building 300, Suite 202

East Windsor, NJ 08520

(609) 469-2110

rsattiraju@s-tlawfirm.com


**DEFENDANT L&J TRANSPORTATION COMPANIES, INC.**

By its attorneys,

  /s/Susanna Fultz_____

Kevin Moore
Susanna Fultz
**BARLEY SNYDER**
2755 Century Blvd
Wyomissing, PA 19610
kmoore@barley.com
sfultz@barley.com

Case 2:24-cv-01538-MKC    Document 32    Filed 07/03/25    Page 3 of 3